# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>             Plaintiff,<br><br>       v.<br><br>D.E.L. LLC; DOS STARS, INC.; and DOES 1-10,<br><br>             Defendants. | Case No. 20-cv-1514-LAB-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 17]** |

The parties have moved jointly to dismiss this action with prejudice. Dkt. 17. That Motion is **GRANTED**. This action is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.  Fed. R. Civ. P. 41(a); CivLR 7.2.

**IT IS SO ORDERED.**

DATED:  November 18, 2020

*[signature]*

Hon. Larry Alan Burns
Chief United States District Judge